# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Tamara L Hughes

Debtor(s)

Case No. 11 B 36582

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/07/2011.

2) The plan was confirmed on 11/17/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 04/02/2013.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $9,818.21 |
| Less amount refunded to debtor | $237.45 |

**NET RECEIPTS:** $9,580.76

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,965.75 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $429.94 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,395.69

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA Checkmate LLC | Unsecured | 250.00 | 465.45 | 465.45 | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| Alliance One | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| Alliance Receivables Management | Unsecured | 50.00 | 225.61 | 225.61 | 0.00 | 0.00 |
| Americollect Inc | Unsecured | 178.00 | 178.05 | 178.05 | 0.00 | 0.00 |
| Americollect Inc | Unsecured | 152.00 | 293.20 | 293.20 | 0.00 | 0.00 |
| Americollect Inc | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Americollect Inc | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Ava Women's Health | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| Bellsouth Telecommunications Inc | Unsecured | NA | 1,773.67 | 1,773.67 | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Certegy Payment Recovery Services Inc | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | NA | 488.00 | 488.00 | 0.00 | 0.00 |
| Comcast | Unsecured | 1,111.01 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| Consumer Financial Services | Unsecured | 7,162.00 | 5,081.31 | 5,081.31 | 0.00 | 0.00 |
| Contract Callers | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Credit Bureau Of Stark | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | NA | 15,272.52 | 15,272.52 | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 51.60 | NA | NA | 0.00 | 0.00 |
| EOSCCA | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| Fidelity Properties | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Credit Union | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Higher Education | Unsecured | 3,529.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Higher Education | Unsecured | 6,625.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Greentree & Associates | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| H & F Law | Unsecured | 1,136.00 | NA | NA | 0.00 | 0.00 |
| Hillcrest High School | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| HSBC Taxpayer Financial Services | Unsecured | 2,313.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 1,294.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 5,593.00 | 6,287.80 | 6,287.80 | 0.00 | 0.00 |
| Ingalls Home Care | Unsecured | 131.49 | NA | NA | 0.00 | 0.00 |
| John A Donofrio | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| Joseph R Harrison | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Keith D Weiner & Associates | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 88.76 | NA | NA | 0.00 | 0.00 |
| Methodist Lebonheur Healthcare | Unsecured | 208.00 | 208.04 | 208.04 | 0.00 | 0.00 |
| National Capital Management LLC | Secured | 17,250.00 | 17,578.49 | 17,250.00 | 5,159.64 | 1,025.43 |
| National Capital Management LLC | Unsecured | NA | 328.49 | 328.49 | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 881.13 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| Oak Harbor Capital LLC | Unsecured | 1,322.00 | 1,322.16 | 1,322.16 | 0.00 | 0.00 |
| Ohio Support Payment Central | Priority | 328.50 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| Payliance | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Pediatric Emergency Specialists | Unsecured | NA | 110.74 | 110.74 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,294.00 | 1,294.18 | 1,294.18 | 0.00 | 0.00 |
| Portage County Clerk Of Courts | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,705.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 565.00 | 564.67 | 564.67 | 0.00 | 0.00 |
| Prompt Recovery Service | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Public Savings Bank | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 93.00 | 93.45 | 93.45 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 105.99 | 105.99 | 0.00 | 0.00 |
| ROI Services Inc | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ROI Services Inc | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 15,393.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 250.00 | 2,133.00 | 2,133.00 | 0.00 | 0.00 |
| Total Card | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| Trident Asst | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Trident Asst | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 9,295.00 | 8,132.53 | 8,132.53 | 0.00 | 0.00 |
| Vas Dimensions | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| Will Green | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| William E Reynolds | Unsecured | 2,873.14 | NA | NA | 0.00 | 0.00 |
| Williams & Fudge Inc | Unsecured | 1,876.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $17,250.00 | $5,159.64 | $1,025.43 |
| **TOTAL SECURED:** | **$17,250.00** | **$5,159.64** | **$1,025.43** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$44,358.86** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,395.69 |
| Disbursements to Creditors | $6,185.07 |
| **TOTAL DISBURSEMENTS :** | **$9,580.76** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/17/2013         By: /s/ Marilyn O. Marshall
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**